Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−14146−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William B Austin
   2432 Phillip Road
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−7229

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 3, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 128 − 124
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 124). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/3/2022. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 3, 2022
JAN: wir

Jeanne Naughton
Clerk